IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OCT 13 1995

| | |
|---|---|
| ROBIN RAY DODDY AND HIS WIFE JEANETTE W. DODDY, | } } } |
| Plaintiffs, | } } |
| vs. | } CIVIL ACTION NO. H-93-3372 |
| OXY U.S.A., INC., ET AL., | } } } |
| Defendants. | } |

## ORDER OF RECUSAL

Earlier today, the Court entered an Order of Recusal. Upon further reflection, however, the Court has determined that before this Order was entered, an evidentiary hearing should have been held to determine the relationship between defendant Nalco Chemical Company and Exxon Corporation. Accordingly, the Order of Recusal entered this day should be vacated and a hearing set. At this hearing, Nalco Chemical Company shall produce representatives from the corporate counsel's office of Nalco Chemical Company and Exxon Corporation who can give sworn testimony as to the relationships between Nalco Chemical Company and Exxon Corporation. Accordingly, the Court

**ORDERS** that the Order of Recusal signed this day is **VACATED**; and

**ORDERS** that a hearing shall be held at 3:00 p.m on Wednesday, October 18, 1995, in Courtroom 9C, United States Courthouse, 515 Rusk, Houston, Texas, to determine the relationship between Nalco Chemical Company and Exxon Corporation.

**SIGNED** at Houston, Texas, this 12th day of October 1995.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE