IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 19 1995

Michael N. Milby, Clerk

| | |
|---|---|
| ROBIN RAY DODDY and JEANETTE W. DODDY, Plaintiffs, | § § § § |
| VS. | §   CIVIL ACTION NO. H-93-3372 |
| OXY U.S.A., INC., et al., Defendants. | § § § § |

### ORDER

This case is before the Court on the Honorable Melinda Harmon's Request to Chief Judge for Appointment of a Disinterested Judge to Determine a Recusal Issue. The undersigned appoints himself to decide the recusal issue and, having carefully reviewed the briefs of the parties, the affidavit of Suzzanne J. Gioimo, and the transcript of the October 18 hearing, finds there is no appearance of impropriety or other basis for recusal. Accordingly, it is hereby

ORDERED that Defendant Nalco's Motion for Reconsideration Regarding Court Order of Recusal (Entry #351) is **GRANTED** and Plaintiffs' Motion to Set Aside Order Vacating the Court's Initial Order of Recusal and to Cancel Evidentiary Hearing (Entry #354) is **DENIED**. Judge Harmon's order vacating the original order of recusal remains in full force and effect as appropriate and in accordance with the undersigned's finding of no basis for recusal.

SIGNED this 19th day of October, 1995, at Houston, Texas.

NORMAN W. BLACK
CHIEF JUDGE